JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TALAL MOHAMMAD ABBAAS ALSMADI,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, et al.,<br>Respondents. | Case No. EDCV 26-3133-PVC<br>**JUDGMENT** |

Pursuant to the Memorandum Decision and Order Denying Petition for Writ of Habeas Corpus,

IT IS HEREBY ADJUDGED THAT Petitioner's Petition for Writ of Habeas Corpus is DENIED, and Judgment is entered in favor of Respondents.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: October 14, 2026

PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE